**KENNETH ROSELLINI**
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
*Attorney for Plaintiff Victor Mondelli*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VICTOR MONDELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>BERKELEY HEIGHTS NURSING & REHABILITATION CENTER, MARINA FERRER, DIANE WILVERDING, AND JOHN/JANE DOES 1 through 5,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. : 2:16-cv-01569-ES-SCM |

**NOTICE OF APPEAL TO THE UNITED STATES COURT**
**OF APPEALS FOR THE THIRD CIRCUIT**

   Plaintiff, Victor Mondelli, by and through Kenneth Rosellini, Esq., his attorney, appeals to the United States Court of Appeals for the Third Circuit from the Orders and Opinions of the District Court for the District Court of New Jersey dismissing Defendant and requiring improper discovery of the Defendant in connection with a F.R.C.P. 17 competency proceeding (Docket entries 42, filed and entered on November 1, 2021, requiring improper discovery of Defendant, 49, filed and entered on January 6, 2022 denying application for recusal of Magistrate

and District Court Judge, 50, filed and entered on January 10, 202, requiring Defendant to respond to improper discovery requests, 55, filed and entered on February 18, 2022, finding Defendant in violation of discovery orders, 61, filed and entered on March 29, 2022, scheduling a competency hearing, 65, filed and entered on October 20, 2022, administratively terminating case, 70, filed and entered on June 2, 2023, denying Defendant's appeal to District Court Judge from Magistrate orders, 76, filed and entered on February 8, 2024, dismissing case with prejudice.

The issues in this appeal include, *inter alia*, that the District Court improperly dismissed the Plaintiffs' claims against the Defendants, while issuing discovery case management orders allowing for improper discovery as part of a F.R.C.P. 17 inquiry into Plaintiff's mental health competency, and chose not to appoint a guardian ad litem as to this inquiry, despite Plaintiff's counsel's assertion at the case management conferences that this should be part of the F.R.C.P. 17 inquiry. The Court improperly dismissed Plaintiff's case by demanding improper discovery from him in connection with the F.R.C.P. 17 inquiry which he objected to and/or was unable to provide.

The parties to the Orders and Opinions appealed from and the names and addresses of their respective attorneys are as follows:

**RYAN THOMAS GANNON, ESQ.**
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE
ROSELAND, NJ 07068
973-618-4115
Email: RTGANNON@MDWCG.COM
Attorneys for Defendants
BERKELEY HEIGHTS NURSING & REHABILITATION CENTER, MARINA FERRER, DIANE WILVERDING

Date: March 11, 2024                    /s/ Kenneth Rosellini

_____

**KENNETH ROSELLINI**

**ATTORNEY AT LAW**

636A Van Houten Avenue

Clifton, New Jersey 07013

(973) 998-8375 Fax (973) 998-8376

*Attorney for Plaintiff Victor Mondelli*